■ The People of the State of New York, Respondent, v Kevin Johnson, Appellant. [37 NYS3d 455]—Appeal by the defendant from an order of the County Court, Nassau County (Gulotta, Jr., J.), dated December 3, 2003, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C, upon his consent.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal must be dismissed because no appeal lies from an order entered on consent of the appellant (*see* CPLR 5511; *People v Dennis*, 64 AD3d 760 [2009]; *People v Welch*, 30 AD3d 392 [2006]).

Insofar as the defendant contends that he consented to the order because he was deprived of the effective assistance of counsel, the defendant's remedy is to move before the County Court to vacate the order, at which time he can present evidence in support of his allegations, proof of which is otherwise absent from this record (*see People v Brown*, 125 AD3d 1380 [2015]; *see also Matter of Hauser v Pruitt*, 35 AD3d 740, 740 [2006]; *Matter of Polyak v Toyber*, 2 AD3d 642, 643 [2003]). Chambers, J.P., Dickerson, Duffy and Brathwaite Nelson, JJ., concur.